This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**STATE OF NEW MEXICO,**

Plaintiff-Appellee,

v.                                                                          **NO. 34,203**

**JAMES A. ORTEGA,**

Defendant-Appellant.

**APPEAL FROM THE DISTRICT COURT OF CHAVEZ COUNTY**
**Steven L. Bell, District Judge**

Hector H. Balderas, Attorney General
Santa Fe, NM
Kenneth H. Stalter, Assistant Attorney General
Albuquerque, NM

for Appellee

Jorge A. Alvarado, Chief Public Defender
Santa Fe, NM

for Appellant

**MEMORANDUM OPINION**

**WECHSLER, Judge.**

{1}    Defendant appeals the district court's determination that his kidnapping conviction is a "serious violent offense" for the purposes of the Earned Meritorious Deductions Act (EMDA), NMSA 1978, § 33-2-34 (2006). We proposed to hold that the district court did not provide a sufficient basis for denying credit under the EMDA. The State has responded by indicating that it opposes our calendar notice only to the extent that it asks us to remand for additional factfinding on the EMDA issue, if appropriate. [MIO 3] We agree that remand for reconsideration of the issue is appropriate. *State v. Morales*, 2002-NMCA-016, ¶ 19, 131 N.M. 530, 39 P.3d 747, *abrogated on other grounds by State v. Frawley*, 2007-NMSC–057, ¶ 36, 143 N.M. 7, 172 P.3d 144.

{2}    For the reasons set forth above and in our calendar notice, we reverse the EMDA determination and remand this matter to the district court pursuant to *Morales*.

{3}    **IT IS SO ORDERED.**

_____
**JAMES J. WECHSLER, Judge**

**WE CONCUR:**

_____
**MICHAEL E. VIGIL, Chief Judge**

2

_____

**MICHAEL D. BUSTAMANTE, Judge**